Cleveland Bar Association *v.* Bosco.

[Cite as *Cleveland Bar Assn. v. Bosco* (1993), 67 Ohio St.3d 459.]

(No. 93–1331—Submitted August 16, 1993—Decided October 20, 1993.)

460

*Keith A. Ashmus, Steven S. Kaufman* and *Franklin J. Hickman,* for relator.

*Charles Brown* and *Thomas G. Longo,* for respondent.

*Per Curiam.* We agree with the board's findings and recommendation. Accordingly, we suspend respondent from the practice of law in Ohio for one year; however, the final six months of that suspension are stayed for a period of two years, and respondent is placed on probation for those two years upon the conditions set forth in the board's report. Costs taxed to respondent.

*Judgment accordingly.*

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., not participating.